# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICTION OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JULIE MCKINNEY, et al.,** | : | Case No. 2:21-CV-3904 |
| **Plaintiffs,** | : | **Judge Sargus** |
| | | **Magistrate Vascura** |
| vs. | : | |
| **HIDDEN CREEK FARMS, INC., et al.,** | : | |
| **Defendants.** | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 23rd day of March, 2022.

| | |
|---|---|
| /s/ Alexander Darr | /s/ Lisa C. Haase[1] |
| Alexander Darr | Lisa C. Haase (0063403) |
| Darr Law LLC | Bruce A. Curry (0052401) |
| 1391 W 5th Ave, Suite 313 | Curry Roby, LLC |
| Columbus, Ohio 43212 | 30 Northwoods Blvd., Suite 300 |
| P: 614-465-3277 | Columbus, Ohio 43235 |
| F: 855-225-3277 | Telephone: (614) 982.0330 |
| alex@darr.law | Facsimile: (614) 430.8890 |
| *Attorney for Plaintiffs* | lhaase@crmlaws.com |
| | bcurry@crmlaws.com |
| | *Attorneys for Defendants* |

---

[1] Signed with permission given on March 22, 2022 by email.

**CERTIFICATE OF SERVICE**

      I certify that on March 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy on all persons who require service.

      /s/ Alexander J. Darr_____
      Alexander J. Darr (0087102)